JS-6

TED B. WACKER (CBN 157416)
WHIT D. BERTCH (CBN 298933)
    Law Offices of Ted B. Wacker
    1000 Newport Center Drive
    Newport Beach, CA 92660
    Telephone: (949) 706-7100
    Facsimile: (949) 209-2558
    Email: twacker@tbwlawfirm.com
           wbertch@tbwlawfirm.com
Attorneys for Plaintiffs

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JUSTIN A. OKUN (CBN 230954)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7354
    Facsimile: (213) 894-7819
    Email: Justin.Okun@usdoj.gov
Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN BOLYARDE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. EDCV 15-01784 SP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties having filed a Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED:

1. Plaintiffs' actions are dismissed with prejudice in their entirety;
2. Each party shall bear its own costs of suit and fees; and
3. The Court retains jurisdiction pending payment of the settlement.

Dated: July 6, 2016

SHERI PYM
UNITED STATES MAGISTRATE JUDGE

Presented by:

LAW OFFICES OF TED B. WACKER

/s/ *Whit D. Bertch*
WHIT D. BERTCH
Attorneys for Plaintiffs


EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division

/s/ *Justin A. Okun*
JUSTIN A. OKUN
Assistant United States Attorney
Attorneys for Defendant
United States of America